UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH RESLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:14-cv-0066-DML-SEB |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social Security, | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## Judgment

The court, having made its entry on March 24, 2015, it is ADJUDGED that

the final decision of the Commissioner denying the applications for Disability

Insurance Benefits and Supplemental Security Income disability benefits for

Joseph Resler based on his applications filed in April and September 2011

respectively, is AFFIRMED.

So ORDERED.

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Date: March 24, 2015

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system